UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-CV-14577-ROSENBERG/LYNCH

SINON O'LEARY,

    Plaintiff,

v.

ISLAND KITCHEN & BATH OF
THE TREASURE COAST, LLC,

    Defendant.

_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. On April 4, 2017, the Court entered an Order Granting in Part and Denying in Part Renewed Motion to Withdraw as Counsel [DE 31]. Pursuant to that Order, Plaintiff's counsel and The Ticktin Law Group, PLLC, were permitted to withdraw as counsel of record for Plaintiff. *See* DE 31. That Order[1] further required Plaintiff either to (1) retain new counsel, who must file a Notice of Appearance on behalf of Plaintiff in this case, or (2) notify the Court in writing of his intent to proceed *pro se* by no later than April 19, 2017. *See id.* To date, no new counsel has filed a Notice of Appearance on behalf of Plaintiff and Plaintiff has not filed notice of his intent to proceed *pro se*, and the deadline to do so has passed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court is directed to **CLOSE THIS CASE**. All deadlines are **TERMINATED**, all scheduled hearings are **CANCELLED**, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 24th day of April, 2017.

                                            ROBIN L. ROSENBERG
Copies furnished to:                      UNITED STATES DISTRICT JUDGE
Counsel of record

---

[1] On April 24, 2017, Plaintiff's former counsel filed a Notice of Compliance with Court Order [DE 35] indicating that Plaintiff was served with a copy of the Court's Order by email on April 5, 2017.